**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover        Date:  January 24, 2011
Court Reporter:   Kara Spitler
Probation Officer: Justine Kozak

Criminal Action No. 10-cr-00162-MSK

*Parties*:                                                        *Counsel*:

UNITED STATES OF AMERICA,                  Michael Carey

       Plaintiff,

v.

JAMES L. EWING,                            Michael Dowling

       Defendant.

_____

## SENTENCING MINUTES
_____

**9:40 a. m.       Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 27, 2010.  Defendant pled guilty to 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument by Mr. Dowling.

The defendant **does**  request departure.  Argument by Mr. Dowling

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #38**).  Argument by Mr. Dowling.  The Government objects.

Allocution. - Statements made by:  The Government and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #38**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:32 a.m.** **Court in recess.**

Total Time: 52 minutes.
Hearing concluded.